| Probation Form No. 35 (1/92) | Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date |
|---|---|

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

        vs.                                       Crim. No. 3:92CR00183-08-P

Reginald Robert Walker

      On 1/31/2004 the above named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Reginald R. Walker be discharged from supervision.

                                          Respectfully submitted,

                              by     s/ Cheryl R. Banks
                                        Cheryl R. Banks
                                        Senior U.S. Probation Officer
                                        200 S. College Street, Suite 1650
                                        Charlotte, NC 28202-2005
                                        (704) 350-7675

Approved By:

    s/ Randall T. Richardson
Randall T. Richardson
Supervising U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

    Date: <u>July 12, 2007</u>

_____
Robert J. Conrad, Jr.
Chief United States District Judge